[No. 46573-2-I. Division One. October 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWIN GOETZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-00528-3, Jeanette R. Burrage, J., entered April 3, 2000. *Remanded* by unpublished per curiam opinion.

[No. 46759-0-I. Division One. October 23, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. GEORGE WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-03017-2, Richard M. Ishikawa, J., entered May 26, 2000. *Remanded* by unpublished per curiam opinion.

[No. 44589-8-I. Division One. October 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS L. NOLAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-02040-1, Charles S. French, J., entered February 26, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44723-8-I. Division One. October 23, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT P. COULSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-03329-7, Deborah D. Fleck, J., entered August 24, 1998. *Remanded* by unpublished per curiam opinion.